IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BRETT STANSBERRY, | : |
| *Plaintiff*, | : Case No. 1:23-cv-38 |
| vs. | : Judge Jeffery P. Hopkins |
| CURRITOS, | : |
| *Defendant*. | : |

## JUDGMENT IN A CIVIL CASE

☐ **Jury Verdict.**      This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**      This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**      This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED** that pursuant to the May 9, 2024 Order, the Magistrate Judge's December 6, 2023 Report and Recommendation is **ADOPTED** in its entirety, the Plaintiff's Complaint (Doc. 1) is **DISMISSED** with prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith. The Court accordingly **DENIES** Plaintiff leave to appeal *in forma pauperis*.

Dated: May 9, 2024

Richard W. Nagel, Clerk of Court
By: /s Karli Colyer
Deputy Clerk